UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
December 08, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OREL GOHAR,

    Defendant.

Case No. 2:17-mj-0202-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release OREL GOHAR,

Case No. 2:17-mj-0202-CKD, from custody for the following reasons:

    \_\_\_\_ Release on Personal Recognizance

    \_\_\_\_ Bail Posted in the Sum of $ _____

    __X__ Unsecured Appearance Bond $ 50,000

    \_\_\_\_ Appearance Bond with 10% Deposit

    \_\_\_\_ Appearance Bond with Surety

    \_\_\_\_ Corporate Surety Bail Bond

    __X__ (Other): Pretrial Services conditions of release.

Issued at Sacramento, California on December 08, 2017 at 2:41 pm

By: _/s/ Carolyn K. Delaney_

Magistrate Judge Carolyn K. Delaney